UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN M. AITKEN,

    Plaintiff,

v.                                        Case No. 3:25cv2156-LC-HTC

WARDEN R. QUINN, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 31, 2025 (ECF No. 7), recommending this case be dismissed without prejudice because of Plaintiff's failure to prosecute or comply with Court orders. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because of Plaintiff's failure to prosecute or to follow orders of the Court.

3. The clerk shall close the file.

**DONE AND ORDERED** this 4th day of February, 2026.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**


Case No. 3:25cv2156-LC-HTC